# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PAWNEE NATION OF OKLAHOMA, WALTER R. ECHO-HAWK,** *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>**DAVID BERNHARDT,** in his official capacity as Acting Secretary of the United States Department of the Interior, the **UNITED STATES BUREAU OF INDIAN AFFAIRS,** and the **UNITED STATES BUREAU OF LAND MANAGEMENT,**<br><br>    Defendants.[1] | Case No. 16-cv-697-JHP-JFJ<br><br><br>**JOINT MOTION TO AMEND CASE MANAGEMENT SCHEDULE REGARDING PLAINTIFFS' REMAINING CLAIMS** |

On January 12, 2018, the Court entered an order setting the case management schedule regarding Plaintiffs' remaining claims.  ECF No. 34.  Since February 2018, operating under that case management order, the parties and the Court have been addressing disputes related to the administrative record.  See ECF Nos. 35, 38, 43, 48-50, 54, 62, 65, 67.  As part of those proceedings, the Court authorized Plaintiffs to serve discovery seeking documents that may be appropriate for inclusion in the administrative record.  ECF No. 68.  Plaintiffs served those discovery requests on August 27, 2018, and Defendants produced responses on October 12 and 18, 2018.

Following discussions with Plaintiffs, Defendants agreed to add certain discovery documents to the administrative record.[2]  As a result, the parties appear to have resolved the

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Acting Secretary of the Interior David Bernhardt is substituted as a defendant for Ryan Zinke, who resigned effective January 2, 2019.

[2] Defendants agreed to add the following documents produced in discovery: BIA-BLM000004 through 000421, BIA-BLM000426 through 000430, BIA-BLM000474 through 000479, BIA-

disputes over the administrative record and are ready to proceed with merits briefing.  The

parties jointly move to amend the case management schedule because conflicts with some of the

deadlines in the previous scheduling order have arisen since the Court set that schedule in

January 2018.  In addition, the proposed dates will establish specific deadlines necessary for

merits briefing in this case.

## I.      PROPOSED AMENDED SCHEDULE

The parties propose the following case management schedule for Plaintiffs' remaining

claims.

Deadline for Completing the Administrative Record:

Defendants will add to the administrative record the discovery documents agreed upon by

the parties, and any other documents responsive to Plaintiffs' discovery requests that are located

by Defendants (see n. 2, supra), on or before **March 20, 2019**.

Plaintiffs' Opening Merits Brief:

Plaintiffs' opening merits brief will be filed on or before **May 30, 2019**.

Defendants' Response Brief on Merits:

Defendants' response brief is due **60 days** after service of Plaintiffs' opening merits brief,

on or before **July 29, 2019**.

Plaintiffs' Reply on Merits:

Plaintiffs' reply in support of their opening merits brief is due **30 days** after service of

Defendants' response brief, on or before **August 28, 2019**.

---

BLM000482 through 000491, BIA-BLM000513 through 000567, and BIA-BLM000654 through
001029.  In addition, Defendants indicated that they were continuing to search for a handful of
additional documents and would produce them if located.

<u>Deadline to Amend Complaint or Add Parties</u>:

Any requests to amend the complaint or add parties will be filed prior to Plaintiffs'

opening merits brief.

## II.   CONCLUSION

The parties respectfully request that the Court enter the proposed amended schedule to

address Plaintiffs' remaining claims.

Respectfully submitted this 7th day of March 2019.

<div style="margin-left:40%">

/s/ Michael S. Freeman
Michael S. Freeman, Colo. Bar No. 30007
(*Admitted Pro Hac Vice*)
Yuting Chi, Cal. Bar No. 310177
(*Admitted Pro Hac Vice*)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
Telephone: (303) 996-9615
Facsimile: (303) 623-8083
mfreeman@earthjustice.org
ychi@earthjustice.org

*Attorneys for Plaintiffs Pawnee Nation of Oklahoma, et al.*

Don Mason, Okla. Bar No. 19167
Attorney General
Pawnee Nation of Oklahoma
P.O. Box 470,
Pawnee, OK 74058
Telephone: (918) 762-3621
dmason@pawneenation.org

*Attorney for Plaintiff Pawnee Nation of Oklahoma*

</div>

JEFFREY H. WOOD
Acting Assistant Attorney General

*/s/* Brian Collins
BRIAN COLLINS, Texas Bar No. 24038827
Senior Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
Tel: (202)305-0428
Fax: (202)305-0506
Brian.m.collins@usdoj.gov

*Attorney for Federal Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 7th day of March 2019, I filed the foregoing **JOINT MOTION TO AMEND CASE MANAGEMENT SCHEDULE REGARDING PLAINTIFFS' REMAINING CLAIMS** using the United States District Court CM/ECF which caused all counsel of record to be served by electronically.

/s/ Michael S. Freeman

Michael S. Freeman
*Attorney for Plaintiffs*

5