IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PAWNEE NATION OF OKLAHOMA, WALTER R. ECHO-HAWK,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DAVID BERNHARDT,** in his official capacity as Acting Secretary of the United States Department of the Interior, the **UNITED STATES BUREAU OF INDIAN AFFAIRS,** and the **UNITED STATES BUREAU OF LAND MANAGEMENT,** <br><br> Defendants. | Case No. 16-cv-697-JHP-JFJ |

**ORDER GRANTING PARTIES' JOINT MOTION TO AMEND CASE MANAGEMENT SCHEDULE REGARDING PLAINTIFFS' REMAINING CLAIMS (ECF NO. 69)**

In view of the parties' March 7, 2019 Joint Motion to Amend Case Management Schedule Regarding Plaintiffs' Remaining Claims (ECF No. 69), the schedule is amended as follows:

<u>Deadline for Completing the Administrative Record</u>:

Defendants will add to the administrative record the discovery documents agreed upon by the parties, and any other documents responsive to Plaintiffs' discovery requests that are located by Defendants,[1] on or before **March 20, 2019**.

---

[1] Defendants will add the following documents produced in discovery: BIA-BLM000004 through 000421, BIA-BLM000426 through 000430, BIA-BLM000474 through 000479, BIA-BLM000482 through 000491, BIA-BLM000513 through 000567, and BIA-BLM000654 through 001029. In addition, Defendants will continue to search for a handful of additional documents and produce them if located.

1

Plaintiffs' Opening Merits Brief:

>Due on or before **May 30, 2019**.

Defendants' Response Brief on Merits:

>Due **60 days** after service of Plaintiffs' opening merits brief, on or before **July 29, 2019**.

Plaintiffs' Reply on Merits:

>Due **30 days** after service of Defendants' response brief, on or before **August 28, 2019**.

Deadline to Amend Complaint or Add Parties:

>Any requests to amend the complaint or add parties will be filed prior to Plaintiffs' opening merits brief.

>SO ORDERED.

*[signature]*
James H. Payne
United States District Judge
Northern District of Oklahoma